**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br><br> LYNETTE LATRICE DIXON <br><br> Debtor(s) | Case No. 11-24631 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/10/2011.

2) The plan was confirmed on 08/01/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 07/01/2014.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $19,871.00.

10) Amount of unsecured claims discharged without payment: $44,344.53.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $12,132.70 |
| Less amount refunded to debtor | $432.70 |

**NET RECEIPTS:** $11,700.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $562.22 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,062.22

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICAN FAMILY PUBLISHERS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE INC | Unsecured | 1,200.00 | 1,381.85 | 1,381.85 | 629.64 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,600.00 | 65.40 | 65.40 | 29.80 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 211.98 | 211.98 | 96.59 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 261.98 | 261.98 | 119.05 | 0.00 |
| AMERITECH | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,600.00 | 1,010.34 | 1,010.34 | 460.36 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 550.00 | 559.15 | 559.15 | 254.78 | 0.00 |
| AT&T | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| BLACK EXPRESSION | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| BLUE ISLAND RADIOLOGY | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| BMG MUSIC SERVICE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| BRADFORD EXCHANGE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FIN CO | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | 400.00 | 400.00 | 182.26 | 0.00 |
| COLUMBIA HOUSE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| CREATIVE HOME DECORATING | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| DISNEY MOVIE CLUB | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| DR ALVING GOLDBERG | Unsecured | 8,760.00 | NA | NA | 0.00 | 0.00 |
| DRAGAN CARAPIC | Unsecured | 3,100.00 | NA | NA | 0.00 | 0.00 |
| EQUIFAX CHECK SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST CHOICE | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN MINT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GREGORY EMERGENCY PHYSICIANS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GROLIER BOOKS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| INOVISION | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| KMART | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LENOX COLLECTIONS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MARSHALL FIELDS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,300.00 | 1,239.46 | 1,239.46 | 565.09 | 0.00 |
| MIDWEST NEOPED ASSOCIATES LTD | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| MONEY MARKET | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY WARD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| NETZERO | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| NICOM EMPLOYEE CREDIT UNION | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MED FACULTY FN | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWESTERN MEMORIAL HOSPI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | 1,200.00 | 1,297.76 | 1,297.76 | 591.33 | 0.00 |
| PARENTING | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 2,300.00 | 722.45 | 722.45 | 329.19 | 0.00 |
| PREFERRED OPEN MRI | Unsecured | 2,100.00 | 2,100.00 | 2,100.00 | 956.87 | 0.00 |
| PRONGER SMITH MEDICAL ASSOCS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| PROVIDENT HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| QVC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SEARS MASTER CARD | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| SECRETARY OF STATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| SOUND & SPIRIT . | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| SPORTS ILLUSTRATED | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS HOSPITAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| SUN CASH | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| TERMINIX | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| THE DANBURY MINT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| THE HAMILTON COLLECTION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| THE INFINITY GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 1,200.00 | 702.14 | 702.14 | 319.93 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,000.00 | 959.80 | 959.80 | 437.33 | 0.00 |
| VILLAGE OF CALUMET PARK | Unsecured | 5,850.00 | 5,850.00 | 5,850.00 | 2,665.56 | 0.00 |
| VILLAGE OF EVERGREEN PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WALGREENS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| YOUR BABY CAN READ | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$16,762.31** | **$7,637.78** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,062.22 |
| Disbursements to Creditors | $7,637.78 |
| **TOTAL DISBURSEMENTS** : | **$11,700.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/09/2015     By: /s/ Tom Vaughn
                                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**